**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**JESSE L. ROSS, JR.**                                                                                  **PLAINTIFF**

**VS.**                                             **CIVIL ACTION NO. 4:12CV120-SA-JMV**

**GREENWOOD UTILITIES**                                                 **DEFENDANT**

**ORDER STAYING CASE**

Before the court is the parties' Joint Motion to Stay [18], filed August 21, 2013. Specifically, the parties seek a stay of these proceedings until the EEOC has completed reconsideration of Plaintiff's administrative charge. For good cause shown, the motion is hereby **GRANTED**. Accordingly, these proceedings are **STAYED** until the **earlier** of November 22, 2013 or the EEOC issues a determination regarding the reconsideration. Plaintiff shall notify the undersigned of the EEOC's determination within 5 days of the date of said determination. In the event that the EEOC fails to issue a determination prior to November 22, the parties must seek a continuance of the trial from the district judge before any further stay may be granted.

SO ORDERED this, the 23rd day of August, 2013.

                                                                              /s/ Jane M. Virden
                                                                              UNITED STATES MAGISTRATE JUDGE