IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JESSE L. ROSS, JR.                                                                                       PLAINTIFF

V.                                                                              CAUSE NO.: 4:12CV120-SA-JMV

GREENWOOD UTILITIES                                                                           DEFENDANT

FINAL JUDGMENT

Pursuant to a Memorandum Opinion issued this day, Defendant's Motion for Summary Judgment [42] is GRANTED, Plaintiff's claims are DISMISSED, and this case is CLOSED.

SO ORDERED, this the 22nd day of August, 2014.

                                                                   **/s/ Sharion Aycock**
                                                                   **U.S. DISTRICT JUDGE**